

**U.S. Department of Justice**

*United States Attorney  
Eastern District of New York*

PAS  
F. #2018R01782

*271 Cadman Plaza East  
Brooklyn, New York 11201*

March 15, 2019

<u>By Fedex and ECF</u>

David V. Kirby  
O'Connor & Kirby, PC  
393 S. Willard St.  
Burlington, VT 05401

        Re:   United States v. Barin Brown,  
                <u>Docket No. 19-MJ-198 (JO)</u>

Dear Mr. Kirby:

      Please find enclosed the government's first discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the Defendant.

I.     <u>The Government's Discovery</u>

    A.     <u>Recording</u>

      Enclosed under the Bates number SIKID000008 is a redacted recording of a 911 call placed by Victim 1.

    B.     <u>Photographs</u>

      Also enclosed under the following photographs:

1. Photograph of a text message sent to Victim 1 (Bates-numbered SIKID000010); and
2. Still photograph of a dark car taken from security footage dated July 8, 2018 (Bates-numbered SIKID001781).

  C. <u>Toll and Cell Site Records</u>

  Also enclosed are the following toll and cell site records:

   1. Toll records from AT&T (Bates numbers SIKID000010 – SIKID001749); and
   2. Toll and cell site records from Sprint (Bates numbers SIKID001750 – SIKID001780).

II. <u>Future Discussions</u>

  If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

  Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

    By:  *s/Philip A. Selden*
        Philip A. Selden
        Assistant U.S. Attorney
        (718) 254-6257

Enclosure

cc: Clerk of the Court (JO) (by ECF) (without enclosures)